UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>    Plaintiff,<br><br>v.<br><br>CONNIE GIPSON, *et al.*,<br><br>    Defendants. | Case No. 1:20-cv-00574-JDP<br><br>ORDER THAT THE CLERK'S OFFICE SEND PLAINTIFF A NEW CONSENT FORM AND THAT PLAINTIFF RETURN THE CONSENT FORM WITHIN THIRTY DAYS<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>ECF No. 13 |

    The clerk's office has informed the court that plaintiff has filed two inconsistent consent forms. *See* ECF Nos. 11, 12. Because we are unsure of plaintiff's intention, the court orders that the clerk's office send plaintiff a new consent form and that plaintiff return the completed form within thirty days. The court will treat this third form as superseding the previous two.

    Plaintiff has also filed a second motion to proceed *in forma pauperis*. ECF No. 13. Because the court granted plaintiff's first motion, *see* ECF No. 10, the second motion is denied as moot.

1

IT IS SO ORDERED.

Dated: <u>July 15, 2020</u>　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205.