UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>  Plaintiff,<br><br>  v.<br><br>CONNIE GIPSON, *et al.*,<br><br>  Defendants. | Case No. 1:20-cv-00574-JDP<br><br>ORDER DENYING (WITHOUT PREJUDICE) PLAINTIFF'S MOTION FOR MISCELLANEOUS RELIEF AS PREMATURE<br><br>ECF No. 20 |

Plaintiff's motion for miscellaneous relief, ECF No. 20, is denied without prejudice as premature. The court will consider referral to alternative dispute resolution at a later stage of the case—most likely when defendants have been served with the complaint and have had a chance to answer it.

IT IS SO ORDERED.

Dated:   September 24, 2020                          _____
                                                                                    UNITED STATES MAGISTRATE JUDGE

No. 205.

1