# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA TYRONE LEWIS,<br><br>                Plaintiff,<br><br>        v.<br><br>CONNIE GIPSON, et. al.,<br><br>                Defendants. | Case No. 1:20-cv-000574-HBK (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR COPIES OF ORDERS<br><br>(Doc. Nos. 80, 82, 91) |

Pending before the court are plaintiff's motions requesting copies of orders, filed April 1, 2020, April 8, 2021, and April 28, 2021, respectively. (*See* Doc. No. 80 (requesting copies of "last rulings" spanning January 29, 2021 through March 23, 2021); Doc. No. 82 (requesting same); Doc. No. 91 (requesting same).

A review of the docket confirms the Clerk has already mailed plaintiff copies of any orders issued by the court. To the extent plaintiff requests additional copies, the Clerk does not provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. *See* 28 U.S.C. § 1914. Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees. If plaintiff desires to receive a conformed copy for your records, you must send an original and two copies of the document and a

1

pre−addressed postage−paid envelope for the Court to return your copy to you. Local Rule 133 (E.D. Ca. 2019).

ACCORDINGLY, it is ORDERED:

Plaintiff's motions for copies of orders (Doc. Nos. 80, 82, 91) are DENIED.

IT IS SO ORDERED.

Dated:  April 29, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2