UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA TYRONE LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>S. SHERMAN, ET. AL.,<br><br>Defendants. | Case No. 1:20-cv-00574-JLT-HBK (PC)<br><br>ORDER FINDING MOOT PLAINTIFF'S MOTION TO RULE<br><br>(Doc. No. 174) |

Pending before the Court is pro se Plaintiff's motion seeking a ruling on his pending motion to amend his complaint which Plaintiff signed on October 25, 2022. (Doc. No. 174). On October 27, 2022, a settlement conference was held in this Plaintiff's other related case and the cases settled. (Doc. No. 173). Plaintiff's instant motion pre-dates the settlement. Due to the notice of settlement, all pending motions and deadlines were terminated.

Accordingly, it is **ORDERED**:

Plaintiff's motion (Doc. No. 174 for ruling is MOOT.

Dated:   November 3, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE